B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

District of New Jersey

In re  Enrico Bencivenga aka Harry Bencivenga ,   Case No. 17-14487-SLM

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-2 | Select Portfolio Servicing, Inc. |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
  Select Portfolio Servicing, Inc.
  P.O. Box 65250
  Salt Lake City, UT 84165-0250

Court Claim # (if known):  3-1
Amount of Claim:  $381,044.72
Date Claim Filed:  07/10/2017

Phone: 1-800-258-8602
Last Four Digits of Acct #: 0614

Phone: 1-800-258-8602
Last Four Digits of Acct. #: 0614

Name and Address where transferee payments should be sent (if different from above):
  Select Portfolio Servicing, Inc.
  Attn: Remittance Processing, P.O. Box 65450
  Salt Lake City, UT 84165-0450
Phone: 1-800-258-8602
Last Four Digits of Acct #: 0614

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Andrew M. Lubin                                   Date: 08/20/2020
      Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>MILSTEAD & ASSOCIATES, LLC<br>By: Andrew M. Lubin    Atty. ID: AL0814<br>1 E. Stow Road<br>Marlton, NJ 08053<br>(856) 482-1400<br>File No. 221711-13<br>Attorneys for Secured Creditor: Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-2 | |
| In Re:<br><br>Enrico Bencivenga aka Harry Bencivenga | Case No.: 17-14487-SLM<br>Chapter 13<br><br>Judge: Stacey L. Meisel |

## CERTIFICATION OF SERVICE

1. I, <u>Andrew M. Lubin, Esquire</u>:

   ☑ represent the <u>Secured Creditor</u> in the above-captioned matter.

   ☐ am the secretary/paralegal for _____, who represents the _____ in the above captioned matter.

   ☐ am the _____ in the above case and am representing myself.

2. On August 20, 2020, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

   Transfer of Claim Other Than For Security

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

DATED: August 20, 2020                    /s/   Andrew M. Lubin

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Marie-Ann Greenberg<br>Chapter 13 Standing Trustee<br>30 Two Bridges Road<br>Suite 330<br>Fairfield, NJ 07004 | Trustee | ☐ Hand-delivered<br>☑ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Stephen B. McNally<br>McNally & Busche, L.L.C.<br>93 Main Street<br>Suite 201<br>Newton, NJ 07860 | Debtor's Attorney | ☐ Hand-delivered<br>☑ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Enrico Bencivenga<br>aka Harry Bencivenga<br>124 Overlook Road<br>Newton, NJ 07860 | Debtor | ☐ Hand-delivered<br>☑ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.